## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**EDWARD LUSTER**                                                                               **PLAINTIFF**

**VS.**                         **4:04CV00486 WRW**

**BAPTIST MEDICAL CENTER**                              **DEFENDANT**

### JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's claims be DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 19th day of December, 2006.

                                                             /s/Wm. R. Wilson, Jr.
                                          UNITED STATES DISTRICT JUDGE